# United States District Court
## Southern District of Georgia

JAMES ALLEN BROWN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:21-cv-38

PHEOBE PUTNEY MEMORIAL HOSPITAL; ALBANY JAIL/DOUGHERTY COUNTY JAIL; and DIAGNOSTICS/JACKSON GDC,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on June 24, 2021, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. The Court severs and dismisses Plaintiff's claims derived from the denial of a cane while at Georgia State Prison, transfers all remaining claims to the Middle District of Georgia, and closes this case.

Approved by: _____



June 25, 2021            John E. Triplett, Acting Clerk
*Date*                                    *Clerk*

*(By) Deputy Clerk*